IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

KEVIN HARDAWAY, )
)
    Plaintiff, )
)
v. )      CV 325-105
)
NURSE CLACKTON; WARDEN BRAGG; )
NURSE DANIELS; CENTURION INC.; )
and JOHNSON STATE PRISON, )
)
    Defendants. )

---

**O R D E R**

---

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this _____ day of March, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE